AO 257 (Rev 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT ||
|---|---|
| BY: ☒ COMPLAINT ☐ INFORMATION ☐ INDICTMENT | Name of District Court, and/or Judge/Magistrate, Location (City)<br>Southern District of Texas<br>Ronald G. Morgan, U.S. Magistrate Judge<br>Brownsville, Texas |

**OFFENSE CHARGED**
Knowingly and intentionally conspiring to export goods and export goods contrary to law

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

United States Courts Southern District of Texas
**FILED**
*March 18, 2023*
Nathan Ochsner, Clerk of Court

DEFENDANT - U.S. vs.
✱ Roberto Lugardo MORENO

Address

| Place of offense | U.S.C. Citation | Birth Date | ☒ Male ☐ Female | ☐ Alien (if applicable) |
|---|---|---|---|---|
| Harlingen, TX | 18 USC 554<br>18 USC 371 | ▇▇/1980 | | |

(Optional unless a juvenile)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
U.S. Homeland Security Investigations
Special Agent Andy Contreras

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense   SHOW DOCKET NO.

☐ this prosecution relates to a pending cause involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under      MAGISTRATE CASE NO.

**DEFENDANT**   B-23-MJ-245-1

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding
   If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
   ☐  ☒ Fed'l  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☒ No   If "Yes" give date filed

| | Mo | Day | Year |
|---|---|---|---|
| DATE OF ARREST | 03 | 17 | 2023 |

Or... if Arresting Agency & Warrant were not Federal

| | Mo. | Day | Year |
|---|---|---|---|
| DATE TRANSFERRED TO U.S. CUSTODY | | | |

Name and Office of Person Furnishing Information on THIS FORM    HSI Special Agent Andy Contreras
☐ U.S. Att'y  ☒ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

☐ This report amends AO 257 previously submitted

*ADDITIONAL INFORMATION OR COMMENTS*