UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

MAR 23 2023

NATHAN OCHSNER
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF DETENTION HEARING** |
| VS. | |
| | (Rule 5, Fed. R. Crim. P.) |
| **ROBERTO LUGARDO MORENO** | Case No. B-23-MJ-0245 |

**ROBERTO LUGARDO MORENO,** Defendant is currently detained in the Southern District of Texas pending the above-styled cause of action. After careful consideration, Defendant **ROBERTO LUGARDO MORENO,** wishes to waive the right to a detention hearing pursuant to **18 U.S.C. 3142.**

/s/ _____
Defendant

/s/ _____
Counsel for Defendant
Humberto Yzaguirre, Jr.

DATE: 3-23-23