IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

MAR 23 2023

NATHAN OCHSNER
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF PRELIMINARY EXAMINATION** |
| VS. | (Rule 5, Fed. R. Crim. P.) |
| **ROBERTO LUGARDO MORENO** | Case No. B-23-MJ-0245 |

I, **ROBERTO LUGARDO MORENO**, charged in a **complaint** pending in this District with **Knowingly conspired to export or send from the United States, or attempt to export or send from the United States, any merchandise, article or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for the exportation contrary to any law or regulation of the United States, to wit: a Diamondback Arms, Inc. DB-15 multi-caliber AR style pistol, serial number: DBIS94494 in violation of 18 U.S.C. 554 and 371**, and having appeared before this Court and been advised of my rights as required by Rule 5, Fed. R. Crim. P., including my right to a preliminary examination, do hereby waive my right to a preliminary examination.

_____
Defendant

_____
Counsel for Defendant
Humberto Yzaguirre, Jr.

DATE: 3-23-23